no light upon the wagon, and he says the wagon was making more noise than the car, and he did not hear it. There is no evidence in the case that he might not have heard had he listened, or that he listened or took the slightest precaution for his safety. There was nothing to prevent his looking back, and had he done so the accident might have been avoided. It was his duty to exercise some care, and his failure to do so was such negligence as will prevent a recovery. The judgment and order ought to be reversed, and a new trial ordered; costs to abide the event.

HANN et al., Respondents, v. BRETTLER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by David Hann and another against Max Brettler and another. S. H. Sternberg, for appellants. D. W. Rockmore, for respondents. No opinion. Determination, orders, and judgment affirmed, with costs, and judgment absolute ordered against the appellants under the stipulation, with costs of the action. Order filed.

HANRATTY, Respondent, v. YONKERS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by John A. Hanratty against the Yonkers Railroad Company. No opinion. Judgment of the City Court of Yonkers modified by striking out the provision granting extra allowance, for want of power in the trial court to grant the same, and, as modified, judgment and order unanimously affirmed, without costs.

HASSARD v. DOLE et al. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by Richard Hassard against Jennie Dole and others. No opinion. Interlocutory and final judgments modified by striking out the provisions awarding costs personally against the appellants Davenport and Carroll, and, as modified, affirmed, without costs.

HATCH, Appellant, v. MORGAN et al., Respondents. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Action by Edward P. Hatch against Charles N. Morgan and another. H. Tompkins, for appellant. W. C. Duell, for respondents. No opinion. Order modified, as stated in order entered, and, as modified, affirmed, with $10 costs and disbursements. Order filed.

HEARN, Respondent, v. CHARLES A. STEVENS & BRO., Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Harry J. Hearn against Charles A. Stevens & Bro. A. I. Elkus, for appellant. H. H. Maas, for respondent. No opinion. Judgment and order affirmed, with costs. 111 App. Div. 101, 97 N. Y. Supp. 566. Order filed.

HEILNER et al. v. HAUSMANN. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Emanuel Heilner and others against Bertha Hausmann. No opinion. Order affirmed, with $10 costs and disbursements.

HEISS, Respondent, v. CROSSTOWN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Action by Christopher F. Heiss against the Crosstown Street Railway Company.
PER CURIAM. Judgment and order affirmed, with costs.
KRUSE, J., not sitting.

HERBERT v. DE MURIAS et al. (two cases). (Supreme Court, Appellate Division, First Department. November 5, 1906.) Actions by Raymond L. Herbert against Fernando E. De Murias and others. No opinion. Motions denied on payment of $10 costs.

HERBERT, Respondent, v. DE MURIAS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Raymond L. Herbert against Fernando E. De Murias and another. H. M. Greene, for appellants. L. E. Warren, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 101 N. Y. Supp. 381.

HERTS BROS., Respondents, v. TIFFANY, et al., Appellants. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Action by Herts Bros. against Louis C. Tiffany and others. A. M. Gotthold, for appellants. L. M. Berkeley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HESSE v. GRIFFEN. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Fernando Hesse against Daniel M. Griffen. No opinion. Motion denied on conditions stated in order. Order filed.

HEYWARD et al., Respondents, v. MAYNARD, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Frank D. Heyward and Georgie Anna McDonald against Reuben L. Maynard. No opinion. Reargument ordered, and case set down for Monday, January 28, 1907.

HILL v. McKANE et al. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Charles P. Hill against John McKane and others. No opinion. Motion denied, without costs. with leave to plaintiff to apply to the Special Term for an order fixing the time and place of the examination of the defendant, as directed by the order for his examination. Order filed.